(114 So. 130)

Ray SANDERS v. STATE. (1 Div. 464.)

Supreme Court of Alabama, Oct. 13, 1927.

Certiorari to Court of Appeals.

Yerger & Foster, of Mobile, for petitioner. Charlie C. McCall, Atty Gen., opposed.

PER CURIAM. Petition of Ray Sanders for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sanders v. State (Ala. App.) 114 So. 130. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.